**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONGROUNG CHAE, | Case No.: 2:26-cv-00764-APG-NJK |
| Petitioner | **Order Sealing Petition for Writ of Mandamus** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (USICE), | |
| Respondent | |

Petitioner Bongroung Chae filed a petition for writ of mandamus to which he attached documents that reveal personal identifiers, including social security and passport numbers and the names, addresses, and pictures of minor children. ECF No. 1.  This violates Local Rule IC 6-1, which provides that parties "must refrain from including—or must partially redact, where inclusion is necessary—the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise: . . . Social Security Numbers[,] . . . Names of Minor Children[,] . . . Dates of Birth[,] Financial Account Numbers[,] Home Addresses[, and] Tax Identification Number[s]."  I therefore direct the clerk of court to seal ECF No. 1.  I advise the petitioner to become familiar with this court's local rules, available on the court's website, to avoid future violations that may result in sanctions.

I THEREFORE ORDER the clerk of court to seal ECF No. 1.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER the clerk of court to detach the Petition from ECF No. 1 (i.e., the first 7 pages) and file it separately, without attachments. Those 7 pages must not be filed under seal.

DATED this 18th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2